IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:15-cv-00008-GCM

| | |
|---|---|
| TRAVIS L. HEATH ) | |
| ) | |
|    Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
|    Defendant. ) | |

THIS MATTER COMES BEFORE THE COURT on Plaintiff's counsel's motion for approval of attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $8,182.25. Attorney fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b).

Defendant filed a response, stating that, under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $8,182.25.

SO ORDERED, this 17th day of January 2017,

Signed: January 17, 2017

*/s/ Graham C. Mullen*

Graham C. Mullen
United States District Judge